*Wednesday, November 6, 1996*

## MOTION DOCKET

**96–1116. State v. Lentz.**
Erie App. No. E–95–005. On October 30, 1996, the Ohio Prosecuting Attorneys Association filed a motion for leave to file instanter an *amicus curiae* motion for reconsideration of this court's decision entered October 16, 1996. Pursuant to S.Ct.Prac.R. XI(2)(B), an *amicus curiae* may not file a motion for reconsideration without prior leave of this court. Whereas the motion for leave to file a motion for reconsideration was not filed within ten days after the entry of the court's order, it is considered by the court to be untimely. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the motion to file instanter an *amicus curiae* motion for reconsideration be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**96–1720. State ex rel. Manos v. Judges Assigned to Case No. 64616, Court of Appeals, Eighth Appellate Dist.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted. ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.